```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SHONGWE,                              :
                         Plaintiff,   :
                                      :     24 Civ. 7831 (LGS)
              -against-               :
                                      :          ORDER
AGUIRRE, et al.,                      :
                         Defendants.  :
                                      :
------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Fourth Amended Case Management Plan, dated September 11, 2025, required the parties to file their close of discovery status letter by November 5, 2025.

WHEREAS, nothing has been filed on the docket since September 11, 2025.

WHEREAS, the parties have previously indicated that they wish to mediate around the close of fact discovery.

WHEREAS, the Fourth Amended Case Management Plan contains a typographical error that sets the pre-motion conference for 3:30 pm on January 6, 2025.  It is hereby

**ORDERED** that the parties shall file their required status letter by **November 12, 2025**. The status letter shall indicate whether the Court should issue a mediation referral.  It is further

**ORDERED** that the pre-motion conference will be held at **3:30 pm on January 6, 2026**.

The Clerk of Court is respectfully directed to revise the date for the pre-motion conference to January 6, 2026.

Dated: November 7, 2025
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**