UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THEMBA N. SHONGWE,
                              Plaintiff,

                           24 Civ. 7831 (LGS)

            -against-

JUAN AGUIRRE and SALT BAY         **ORDER**
FREIGHTLINES INC.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, all iterations of the Case Management Plan in this matter required the parties to meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, by March 3, 2025.  It is hereby

    **ORDERED** that the parties shall file a joint letter by **November 17, 2025**, identifying the experts each side has retained, the subject of their opinions and the agreed on dates for production of expert reports, production of underlying documents and depositions.  The parties' extension request is held in **ABEYENCE** pending receipt of the requested information.

Dated: November 13, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**